# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ALPHA MODUS VENTURES, LLC, | ) |
| Plaintiff, | ) Civil Action No. 1:25-cv-00888-DAE |
| v. | ) |
| | ) **JURY TRIAL DEMAND** |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

The Parties respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that they have reached a settlement in principle resolving all matters in controversy between them in the above-styled action. The Parties request that the Court stay all deadlines and settings in said action for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated: November 5, 2025

/s/ Gilbert A. Greene
Gilbert A. Greene
Texas Bar No. 24045976
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78736-7567
Telephone: (512) 277-2246
bgreene@duanemorris.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ Christopher E. Hanba
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com
Ariana D. Pellegrino (*pro hac vice*)
Michigan Bar No. P79104
apellegrino@princelobel.com
**PRINCE LOBEL TYE LLP**
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone: (512) 737-2415

*Attorneys for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on November 5, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                            */s/ Christopher E. Hanba*
                                                            Christopher E. Hanba