IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALPHA MODUS VENTURES, LLC,<br>　　　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br>　　　　　　Defendant. | )<br>)<br>) Civil Action No. 1:25-cv-00888-DAE<br>)<br>) **JURY TRIAL DEMAND**<br>)<br>) |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Pursuant to the Court's November 6, 2025 Order granting the Parties Joint Motion to Stay Case (Dkt. 16), the Parties respectfully move the Court to extend the stay for an additional two (2) weeks to December 22, 2025. The Parties require the additional time to finalize settlement negotiations and so that appropriate dismissal papers may be submitted.

Dated: December 2, 2025

*/s/Gilbert A. Green*
Gilbert A. Greene
Texas Bar No. 24045976
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, TX 78736-7567
Telephone: (512) 277-2246
bgreene@duanemorris.com

*Attorneys for Defendant*

Respectfully submitted,

*/s/ Joshua G. Jones*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com
Ariana D. Pellegrino (*pro hac vice*)
Michigan Bar No. P79104
apellegrino@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone: (512) 737-2415

*Attorneys for Plaintiff*

- 2 -

## Certificate of Service

I certify that on December 2, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joshua G. Jones*
Joshua G. Jones
