IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALPHA MODUS VENTURES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:25-cv-00888-DAE |
| CISCO SYSTEMS, INC., | § § | |
| Defendant. | § § § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss, filed on December 22, 2025. (Dkt. # 18.) The filing informs the Court that the Parties seeks to dismiss all claims in the case. (Id.) Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED**, with the Plaintiff's claims against Defendant to be **DISMISSED WITH PREJUDICE**, and the Defendant's claims, defenses, or counterclaims against Plaintiff be **DISMISSED WITHOUT PREJUDICE,** with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**
**DATED**: Austin, Texas, December 23, 2025.

_____
David Alan Ezra
Senior United States District Judge